IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOSHUA ALEXANDER CABRERA | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. 4:25-cv-01046 |
| PENSKE TRUCK LEASING CO., L.P., | § | |
| GAF MATERIALS LLC d/b/a GAF, and | § | |
| ENNIS ROOFING LLC | § | |
| | § | |
| *Defendants.* | § | |

## PLAINTIFF'S DESIGNATION OF EXPERT WITNESSES

Plaintiff respectfully submits this Designation of Expert Witnesses, pursuant to the Court's current Scheduling Order (Doc. 15).

### A. Retained Experts

| | | |
|---|---|---|
| 1. | **Expert:** | **Max Lummis** |
| | | Lummis Consulting Services, LLC |
| | | 550 Westcott, Suite 450 |
| | | Houston, Texas 77007 |
| | Phone: | (713) 224-5914 |

Subject matter on which expert will testify: Mr. Lummis is designated as an expert witness on the present value of Plaintiff's lost earnings – both past and future. Mr. Lummis is a CPA and forensic accountant.

General substance of the expert's mental impressions and opinions and basis of them: Mr. Lummis will opine that Plaintiff has sustained lost earning capacity. Opposing counsel will have the opportunity to more fully explore Mr. Lummis' opinions in a deposition if they so choose.

Documents and other data provided: The documents that Mr. Lummis reviewed and relied upon have been produced to, or were produced by, opposing counsel. It is also anticipated that Mr. Lummis may review additional data and items that will be produced by or to Defendant(s) through the discovery process.

**2.**    **Expert:**                            **Cam Cope**
                                        Auto Fire & Safety Consultants, Inc.
                                        7398 Teaswood Drive
                                        Conroe, TX 77304
        **Phone:**                          (281) 362-0930

<u>Subject matter on which expert will testify:</u> Mr. Cope is expected to testify on various liability issues and, generally, will provide an overview and reconstruction of the incident made the basis of this lawsuit, his opinions on the cause of the incident, and the ways in which the Defendant(s) caused the incident. Mr. Cope may also testify as to the roles and responsibilities of Defendant(s) with respect to maintenance, safety, applicable statutes, regulation, industry standards, Defendant(s)' policies and procedures, and the action and inactions of Defendant(s) leading up to the incident.

<u>General substance of the expert's mental impressions and opinions and basis of them:</u> Mr. Cope is expected to testify that Defendant(s)' actions/negligence caused the incident that is the basis of this lawsuit. He is also expected to testify as to how such negligence caused or contributed to the incident; Defendant(s)' failure to follow standard procedures; failure to properly maintain the vehicle; failure to follow applicable statutes and regulations; creation of a danger and failure to warn of the same; failure to properly manage and train their employees and agents; failure to ensure adequate training of personnel; that Defendant(s) caused the incident; and that Plaintiff did not cause the incident, or create the hazardous condition, and is not responsible for the incident. Opposing counsel will have the opportunity to more fully explore Mr. Cope's opinions in a deposition if they so choose.

<u>Documents and other data provided:</u> The documents that Mr. Cope reviewed and relied upon have been produced to, or were produced by, opposing counsel. It is also anticipated that Mr. Cope may review additional data and items that will be produced by or to Defendant(s) through the discovery process.

**II.**    <u>**Non-retained Experts**</u>

        The following are medical providers for Plaintiff Joshua Cabrera. Each is expected to testify as to the care, treatment, diagnosis, and prognosis of Plaintiff. Each is expected to testify that Plaintiff sustained several injuries, that the injuries were a result of the incident made the basis of this lawsuit, that Plaintiff is expected to continue to suffer from pain, disability, and disfigurement from these injuries in the future, the medical care given to Plaintiff, and the costs for medical care to treat such injuries, both in the past and future.  This designation includes records custodians for each of the named medical professionals and their facilities.

        Robert S. Ellis, MD
        Joseph J. Romero, MD
        Alanna K. Gale, FNP-C
        Barton Halbaedier, APRN, NP

Gloria Mae Forster, RN
Brock D. Foster, MD
Sankaman Praisoody. MD
Paul M. Thompson, MD
Poyan Rafaiei, MD
Ronald Kmiecik, PA
Michele Prochaska, APRN, NP
Kenneth Helmer, MD
Stephen C. Gale, MD
Janice E. Martin, FNP-C
Yasir G. Elhawi, MD
Jennifer B. Hall, MD
Lee E. Arthur, MD
Amy Walenciak
Jerrileen Lummus, RM
Jason Millane
Elizabeth Birkenfeld, MD
Cynthia L. Woo, MD
Veeraramesh Rao, MD
Atiar Rahman, MD
Kimberly Andrades, GN
Melissa Jabini, GN
Mary Gonzaga, RN
Richard Shaw, PT
T Santana dos santos, RN
Victoria Lopez, RN
Ashley Foerster, NT
Alicia Hall, GN
Allan Opia, PT
Ahleigh Nimo, RN
Alysha Reed, PTA
Amber Muniza, NT
Barbara Sternberg, RN
Carol Earl, OTA
Christopher Flores, RT
Cynthia Carr, PTA
Cynthia Whitaker, RN
Camelia Moreno, NT
Chauncey Scott, NT
Deborah Hudson, RN
Santiago Villafana, NT
Felizia Kirlew-Ellis, RN
Frances Wagenschutz, RN
Gustabo Ortiz, NT
Gabrielle Haven, NT
Harleigh Fiszwater, NT
Holly Robertson, RN

John Botello, RN
Jessica Lewis, NT
James Bazley, RTT
Julissa Webb, RT
Kimberly Andrade, GN
Kayla Crcker, GN
Kristine Shilling, RT
Kristina Ramirez, RN
Leslie Gonzalez
Lawrence Lusaka, RN
Laura Redd, OTA
Marcella Nunez, OTA
Marayla Poindexter, NT
Macy Scott
Maegan Sigler, RT
Michael Mendoza, RT
Mina Gonzalez
Norma Ruiz, NT
Rollin Folkes, OT
Stacey Kroinger, RT
Shelby Wise, RN
Summer Wright, RN
Tiffany Bradham, RN
Tristan Price, RT
Lindsey Smith
HCA Conroe
504 Medical Center Blvd
Conroe, Texas 77304

Omkar H. Dave, MD
Anchor Bone & Joint
11555 Magnolia Parkway, Suite 140
Pearland, TX 77584

Richard Anguiano. MD
One Step Diagnostic
11221 Katy Freeway, Suite 201
Houston, TX 77079
713-461-7272

Tamara Baum – Lead EMT Paramedic
Robert Edmonds – Driver EMT
Mitchell Frizzell – EMT Paramedic
Steven Mras – EMT Paramedic
Walker County EMS
P.O. Box 180446
Dallas, TX 75218-0446

877-602-2060

Simons Pharmacy
3303 N. Main Street
Houston, Texas 77009
713-222-6650

Omkar Dave, MD
Pearland Surgery Center
15015 Kirby Dr. #100
Houston, Texas 77047
832-645-2462

*General substance of the expert's mental impressions and opinions and basis of them:*
*Plaintiff's treating physicians will opine that the injuries in question were caused by an*
*acute event that matches Plaintiff's description of his mechanism of injury. They will also*
*opine that the mechanism of injury described by Plaintiff is consistent with the objective*
*medical findings in Plaintiff's diagnostic studies.  Plaintiff's treating physicians read the*
*diagnostic studies. In other words, Plaintiff's treating physicians will testify as to medical*
*causation, and more specifically that Plaintiff's mechanism of injury is consistent with*
*Plaintiff's complaints and the findings on Plaintiff's diagnostic studies. Plaintiff's*
*treating physicians will opine about the cost of Plaintiff's treatment to date, what future*
*treatment will be necessary, and the cost of future care for Plaintiff. Plaintiff's treating*
*physicians will opine about the diagnosis of Plaintiff. And the cause of that diagnosis.*
*Plaintiff's treating physicians will testify as to Plaintiff's current work restrictions and*
*his future permanent work restrictions.  Plaintiff's treating physicians will talk about the*
*permanency of these injuries. And the pain associated with these injuries. Plaintiff's*
*treating physicians will testify as to any post-surgery prognosis, which is that Plaintiff*
*will receive permanent work restrictions post-surgery of either a light or sedentary duty*
*level.  This prognosis will also include future care that will likely include a surgery in the*
*future, along with after care.  Opposing counsel may more fully explore these opinions in*
*a deposition.  Finally, Plaintiff's treating physicians will testify as to whether Plaintiff's*
*medical procedures were reasonable and necessary and whether the charges were usual*
*and customary; Plaintiff treating physicians will likely opine that both were the case.*

For each of these providers, medical records have been produced to opposing counsel, or
have been obtained by opposing counsel through a records release authorization or will be produced
or obtained as the case continues.  The records fully set out the days and times of Plaintiff's visits,
Plaintiff's complaints, the diagnosis of Plaintiff, in some cases, the medical providers' review of
objective testing on Plaintiff, and the costs for services.

Plaintiff also reserves the right to call at trial any of the following experts:

1) Any expert which has been or will be named by any party in any answer to
   interrogatory, or designated by any other party;

2)  Any expert whose name appears on any documents which have been or will be produced by any party in response to request for production;

3)  Any expert whose name is reflected in any document which has been or will be obtained through the use of a medical authorization;

4)  Any expert whose name is reflected in any document which has been or will be submitted to the Court by Affidavit;

5)  Any expert whose name is reflected in any document which has been or will be subpoenaed by any party;

6)  Any expert whose name appears in the transcript of any deposition taken in this matter;

7)  Any expert who is deposed in this lawsuit;

8)  Any expert whose name is reflected in any document which has been or will be attached to the transcript of any deposition; and

9)  All other persons listed on answers to interrogatories filed by any party.

Respectfully submitted,

### THE BUZBEE LAW FIRM

By: */s/ Anthony G. Buzbee*
    Anthony G. Buzbee
    State Bar No. 24001820
    Federal Bar No. 22679
    JPMorgan Chase Tower
    600 Travis Street, Suite 7500
    Houston, Texas 77002
    Tel: (713) 223-5393
    Fax: (713) 223-5909
    www.txattorneys.com
    tbuzbee@txattorneys.com

    **ATTORNEYS FOR PLAINTIFF**

**OF COUNSEL:**
Christopher J. Leavitt
State Bar No. 24053318
Fed Id. No. 1045581
JP Morgan Chase Tower
600 Travis, Suite 7500
Houston, Texas 77002
Tel: (713) 223-5393
Fax: (713) 223-5909
www.txattorneys.com
cleavitt@txattorneys.com

### CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing document has been duly served on all known counsel of record with the Clerk of the Court using CM/ECF system pursuant to the Federal Rules of Civil Procedure on November 14, 2025.

        */s/ Christopher J. Leavitt*
        Christopher J. Leavitt