

# Expert Report
# Relative to the Matter of
# Joshua Alexander Cabrera v. Penske Truck

## AFSC File:  25125

**November 12, 2025**

**Prepared for:**
Cheryl Bayley
The Buzbee Law Firm
JPMorgan Chase Tower
600 Travis St, Houston, TX 77002
713-223-5393 I F 713-223-5909
cbayley@txattorneys.com

**Date of Incident:**
August 16, 2023

**Location of Incident:**
IH 45 S in Walker County, Texas

J. CABRERA 001146

Joshua Alexander Cabrera

# Report Contents

1.0   Introduction and Review of the Texas Peace Officer's Crash Report

2.0   Vehicle Photographs
    2.1   Unit 1/Penske Semi
    2.2   Unit 2/Trailer

3.0   Scene Photographs

4.0   Findings and Opinions

5.0   Materials Reviewed

AFSC File: 25125     Auto Fire & Safety Consultants, Inc.     2
3062 Bentwater Drive, Montgomery, TX 77356
281.362.0930 | 281.362.1329 Fax

J. CABRERA 001147

# Joshua Alexander Cabrera

Attorney Cheryl Bayley contacted the undersigned to evaluate and prepare an accident investigation and reconstruction report for a collision that occurred on August 16, 2023, on IH 45 South in Walker County, Texas. This document contains an analysis of the Incident that was investigated and associated facts furnished providing discussions, conclusions and an overview of opinions relative to the event.

Attached to this document is the Curriculum Vitae of Mr. Cam Cope. Mr. Cope is being compensated for services on this matter at the rate of $275.00 per hour.

**1.0 INTRODUCTION AND REVIEW OF THE TEXAS PEACE OFFICER'S CRASH REPORT**

Unit 1 is a yellow 2018 Freightliner Semi with VIN 3AKJGEDV6JSJH2187 and Texas license plate number R277082. The vehicle is registered to Logistics Transportation LLC, Standard at 1 Campus Dr, Parsippanny, NJ 07054. The Semi was being operated by Joshua Alexander Cabrera at the time of the collision. Unit 1 2018 Freightliner Semi will herein be referred to as "Unit 1/Penske Semi".

Unit 2 is a silver 2018 Wilson Trailer with VIN 4WW4412A2J7714303 and Louisiana license plate number J591689. The vehicle is registered to Tech LLC, Mineral at 4054 Hwy 383, Kinder, LA 70048. The Trailer was being towed by Unit 1/Penske Semi at the time of incident. Unit 2 2018 Wilson Trailer herein be referred to as "Unit 2/Trailer".

> **Investigator's Narrative Opinion of What Happened**
> (Attach Additional Sheets if Necessary)
>
> UNIT'S 1&2 (TOWED) WERE TRAVELING ON IH-45 SB IN THE OUTSIDE LANE. UNIT 1 DRIVER STATED HE "BLACKED OUT" AND RAN OFF THE ROADWAY. UNIT'S 1&2 (TOWED) TRAVELED S IN THE W DITCH AND STRUCK A LARGE HOLE IN THE DITCH. UNIT'S 1&2 (TOWED) CAME TO REST IN THE W DITCH FACING S. UNIT 1 SUSTAINED FD DAMAGE AND UNIT 2 SUSTAINED NO DAMAGE. UNIT 1 DRIVER NEEDS TO BE EVALUATED BY THE MEDICAL ADVISORY BOARD TO RULE OUT ANY ONGOING MEDICAL ISSUE(S) WHICH MY CAUSE A DANGER TO HIMSELF OR OTHERS WHILE OPERATING COMMERCIAL VEHICLES.

**Investigators Narrative Opinion Produced in the Texas Peace Officer's Crash Report**

AFSC File: 25125    Auto Fire & Safety Consultants, Inc.    3
3062 Bentwater Drive, Montgomery, TX 77356
281.362.0930 l 281.362.1329 Fax

J. CABRERA 001148

Joshua Alexander Cabrera



**Investigators Scene Diagram**

Joshua Alexander Cabrera

## 2.0 VEHICLE PHOTOGRAPHS

At the time of this report Unit 1/Penske Semi and Unit 2/Trailer have not been made available to me for inspection. Photographs shown of Unit 1/Penske Semi and Unit 2/Trailer were provided by Attorney.

### 2.1 Unit 1/Penske Semi Photos



**Photograph # 1**

Unit 1/Penske Semi hauling Unit 2/Trailer was traveling south on 1H-45 in Huntsville, TX at the time this incident occurred. Front end damage was sustained to Unit 1/Penske Semi during this incident. PENSKE 000001-PENSKE 000036 photograph provided by Attorney.



**Photograph # 2**

The passenger right front tire is shown missing from the wheel of Unit 1/Penske Semi. A closer view of the RF passenger wheel below shows that the tie rod arm and tie rod tube are no longer attached to the steering knuckle. PENSKE 000001-PENSKE 000036 photograph provided by Attorney.

AFSC File: 25125   Auto Fire & Safety Consultants, Inc.   5
3062 Bentwater Drive, Montgomery, TX 77356
281.362.0930 l 281.362.1329 Fax

J. CABRERA 001150

Joshua Alexander Cabrera



**Photograph # 3**
Unit 1/Penske Semi's tie rod arm and tie rod tube are no longer attached to the steering knuckle. This investigator cannot rule out that Unit 1/Penske semi had a steering mechanism failure causing it to exit the roadway on IH-45 South. 2018 Freightliners, such as Unit 1/Penske Semi, have known issues with tie rod arm bolts coming loose as described in photograph # 4 below. PENSKE 000001-PENSKE 000036 photograph provided by Attorney.



**Photograph # 4**
NHTSA bulletin RCRIT-18V913-6904 states that, "Loose tie rod arm bolts may lead to separation of the tie rod arm, resulting in loss of vehicle control, increasing the risk of crash". The red arrows point to the bolts in question that may not have been properly torqued during assembly.

AFSC File: 25125          Auto Fire & Safety Consultants, Inc.          6
3062 Bentwater Drive, Montgomery, TX 77356
281.362.0930 l 281.362.1329 Fax

J. CABRERA 001151

**2.2    Unit 2/Trailer**



**Photograph # 5**
Still image taken from *PENSKE 000035 NathanaelBarker_BWC* video showing Unit 2/Trailer attached to Unit 1/Penske Semi. The Texas Peace Officer's Crash Report indicated that there was no damage sustained to Unit 2/Trailer during this incident. The passenger side of Unit 2/Trailers shows little to no damage from this incident.



**Photograph # 6**
Still image taken from PENSKE 000035 NathanaelBarker_BWC video showing Unit 2/Trailer attached to Unit 1/Penske Semi. The Texas Peace Officer's Crash Report indicated that there was no damage sustained to Unit 2/Trailer during this incident. The driver's side of Unit 2/Trailers shows little to no damage from this incident.

AFSC File: 25125     Auto Fire & Safety Consultants, Inc.     7
3062 Bentwater Drive, Montgomery, TX 77356
281.362.0930 l 281.362.1329 Fax

J. CABRERA 001152

### 3.0 SCENE PHOTOGRAPHS

This incident occurred on IH 45 S in Walker County, Texas on August 16, 2023, at approximately 1:45 pm. The GPS coordinates for the scene are listed in the Texas Peace Officer's Crash Report (30.68836, -95.54365).



**Photograph # 7**
Google aerial photograph of the scene located on Interstate 45 S in Walker County, Texas. Unit 1/Penske Truck, hauling Unit 2/Trailer and traveling southbound in the outside lane of IH-45 S, had a steering issue and exited the southbound lanes of travel (red arrow) and into the grassy ditch before coming to Final Rest (yellow double arrow) within the south ditch. Google Image is dated June of 2023.

AFSC File: 25125   Auto Fire & Safety Consultants, Inc.   8
3062 Bentwater Drive, Montgomery, TX 77356
281.362.0930 l 281.362.1329 Fax

J. CABRERA 001153

Joshua Alexander Cabrera



**Photograph # 8**
Still image taken from PENSKE 000035 NathanaelBarker_BWC video showing Unit 1/Penske Semi with attached Unit 2/Trailer at Final Rest (red arrow) in the south ditch of IH-45 S. Unit 1/Penske Semi's path of travel (green arrows) exiting the IH-45 S up until Final Rest can be seen in the grassy south ditch



**Photograph # 9**
Google Earth street view facing south on Interstate 45, approaching the south ditch Unit 1/Penske Semi hauling Unit 2/Trailer exited on the day of incident. There is a clear line of sight with no obstructions in the area where this incident occurred. The red arrow is pointing to the approximate Final Rest location of Unit 1/Penske Semi w/attached Unit 2/Trailer.

AFSC File: 25125          Auto Fire & Safety Consultants, Inc.          9
3062 Bentwater Drive, Montgomery, TX 77356
281.362.0930 l 281.362.1329 Fax

J. CABRERA 001154

Joshua Alexander Cabrera

### 4.0 FINDINGS AND OPINIONS

The following is an overview of findings and opinions offered with regards to this accident reconstruction are from the information available to me at the time this report is written. Unit 1/Penske Semi and Unit 2/Trailer have not been made available to this investigator for inspection at the time of this report. My methodology consisted of the following: In addition to relying upon my education, training and experience, I reviewed documentation from the case, reviewed photographs and videos of Unit 1 & 2, went over the TX Peace Officer's Crash Report and documents and photographs by the attorney.

1. Unit 1/Penske Semi hauling Unit 2/Trailer, operated by Joshua Alexander Cabrera was traveling south in the outside lane of travel on Interstate 45 when a steering issued occurred. The incident occurred on August 16, 2023 at approximately 1:45 pm on Interstate 45 South in Walker County, TX. This section of Interstate 45 (southbound) was a two-lane road with approximately 12-foot-wide lanes and a posted speed limit of 60 miles per hour.

2. Unit 1/ Penske Semi hauling Unit 2/Trailer, traveling southbound on I-45, had a steering issue and exited the southbound lanes of travel into the grassy ditch before coming to Final Rest within the south ditch.

3. Unit 1/Penske Semi's tie rod arm and tie rod tube no longer appear to be attached to the passenger side front steering knuckle. This investigator cannot rule out that Unit 1/Penske semi had a steering mechanism failure causing it to exit the roadway on IH-45 South on the day of incident (08/16/2023). 2018 Freightliners, such as Unit 1/Penske Semi, have known issues with tie rod arm bolts coming loose as described in NHTSA bulletin RCRIT-18V913-6904, which states, "Loose tie rod arm bolts may lead to separation of the tie rod arm, resulting in loss of vehicle control, increasing the risk of crash".

4. The Texas Peace Officer's Crash Report indicates that the driver of Unit 1/Penske Semi was belted at the time this incident occurred. In section 20 "Restraint Used" of his report it has "1" listed which states, "Shoulder and Lap Belt" were used when this incident occurred.

5. A steering and or a mechanical failure to Unit 1/Penske Semi was likely a proximate cause of the incident and the injuries received to the driver Joshua Alexander Cabrera, and the damage sustained to Unit 1/Penske Semi.

The opinions in this report are expressed with a reasonable degree of accident reconstruction certainty. I reserve the right to supplement or modify my opinions as new information is received or in response to investigation or opinions of other experts.

Sincerely yours,

Auto Fire & Safety Consultants, Inc.

AFSC File: 25125　　　Auto Fire & Safety Consultants, Inc.　　　10
3062 Bentwater Drive, Montgomery, TX 77356
281.362.0930 l 281.362.1329 Fax

J. CABRERA 001155

**Joshua Alexander Cabrera**



Cam Cope, CFEI, CFII, CVFI
President

### 5.0  MATERIALS REVIEWED

In addition to my education, training, and experience in accident reconstruction, the following sources of information and activities were utilized to form my observations and findings. Additional materials forming the basis of the undersigned opinions include many documents reviewed and general literature, knowledge of accident reconstruction and products associated with vehicles.

1. Texas Peace Officers Crash Report prepared by Investigator Billy W. Corley, Jr.;
2. Scene Diagram prepared by Texas Peace Officer;
3. Plaintiff's Original Petition;
4. Scheduling and Docket Control Order;
5. PENSKE 000001-PENSKE 000245 documents;
6. Dash and Body Cam footage (PENSKE 000032-PENSKE 000036);
7. VinLink of Unit 1/Penske Semi;
8. VinLink of Unit 2/Trailer;
9. Google Images of Scene;
10. Texas Drivers Handbook;
11. Texas Commercial Motor Vehicle Driver's Handbook;
12. Rudolf Limpert Accident Reconstruction books as well as other published materials;
13. Various other accident reconstruction documents.

AFSC File: 25125         Auto Fire & Safety Consultants, Inc.         11
3062 Bentwater Drive, Montgomery, TX 77356
281.362.0930 l 281.362.1329 Fax

J. CABRERA 001156