

# CAM COPE
## Curriculum Vitae

www.firesafetyconsultant.com                              camcope@me.com

**AREAS OF SPECIALIZED EXPERTISE**

| | |
|---|---|
| Fire Origin and Cause (NFPA 921) | Accident Reconstruction |
| Structure & Vehicle Fires & Explosions | Analysis of Vehicle Products |
| Fuel Systems Integrity, FMVSS 301 | Occupant Restraint Systems / Airbags |
| Flammability of Interior Materials FMVSS 302 | Commercial Trucking Accidents |
| Crash Data Retrieval of Vehicles (CDR/Black Box) | FARO Laser Scanning |
| Case Evaluation of Accidents |  (Focus 3D-X-330) |

Mr. Cope received a Bachelor of Science degree in 1971 and has been investigating and reconstructing fires and accidents for the past thirty-five (35) years. He continues his education and training through various organizations such as the NFPA, NAFI, Society of Automotive Engineers (SAE), and the many other organizations that provide the training required for fire and accident investigation, analysis and documentation. These organizations provide the most peer reviewed literature and training with regards to fires and accident reconstruction. Engineering programs taught through the various Universities generally provide no courses in investigation, fire origin and cause or accident reconstruction, which means we must pursue the training and technology from the organizations I belong to that do provide the necessary training. Both the Texas Association of Accident Reconstruction Specialists and the National Association of Professional Accident Reconstruction Specialists provide training and literature for the Accident Reconstructionist. The National Fire Protection Association, International Association of Arson Investigators, National Association of Fire Investigators and various Chapters of Accident Reconstruction and Fire Investigation also provide training and technology in the field of fire origin and cause investigation. In addition to these organizations, Mr. Cope received training through the Texas A&M Extension Service such as the 80-hour Advanced Accident Reconstruction course. Mr. Cope helped to establish and teaches at the only Vehicle Fire Certification Program which is available through training conducted at Eastern Kentucky University and/or Scott County Fire Service. Cam Cope currently works on the SAE Accident Reconstruction Committee, as well as the Vehicle Fire Task Force Committee, which is a part of the revisions committee for the vehicle section of NFPA 921. Please refer to the attached Curriculum Vitae for Cam Cope for his complete educational background and list of seminars attended. Mr. Cope also has experience and training from law enforcement and military.

J. CABRERA 001157

**ACADEMIC EDUCATION**

Bachelor of Science, New Mexico Highlands University, 1971
Undergraduate and Graduate Courses (60 hours including but not limited to Biology, Chemistry, Photography), Texas A & M University, beginning in 1974 upon completion of Military obligation
Advanced Accident Reconstruction, Texas A & M (80 Hour Course), 1993

**CERTIFICATIONS**

CFEI, Certified Fire Explosion Investigator
CFII, Certified Fire Investigator Instructor
CVFI, Certified Vehicle Fire Investigator

**MILITARY**

U.S. Army 1971-1974
Surgical Research, Walter Reed Army Medical Center
Medical and Veterinary Team, Fort Benning, GA
Veterinary Team, K-9 unit, Viet Nam
Surgical Research, William Beaumont Army Medical Center

**LAW ENFORCEMENT**

College Station Police Department, Reserve Officer, 1985 to 1990
Police Academy Training-Accident Investigation, Routine Patrol

**PRIVATE INVESTIGATOR LICENSE FOR STATE OF TEXAS**

Texas Board of Private Investigators and Private Security Agencies
    Licensed Private Investigator, License A09524

**PROFESSIONAL EXPERIENCE**
Since 1998                                                                                                  **Auto Fire & Safety Consultants, Inc.**

- Vehicle and structural fire investigation (origin and cause)
- Vehicle Fire Testing
- Review and analysis of governmental and industry crash testing
- Accident Reconstruction (SEE LIST OF COURSES TAUGHT AND ATTENDED)
- ARC crash testing in Las Vegas, NV
- Animations & Simulations
- Expert Auto Stats
- Case evaluation and rapid response in the documentation of vehicular accidents
- Inspection of structures, vehicles and research
- FARO 3-D Digital Scanning for structure, scene and vehicle documentation
- Products liability and identification of defective products, testing and research
- Identification of occupant restraint system usage, including airbags and seatbelts
- Crash Data Retrieval (CDR) Retrieval of data as provided by Bosch
- CDR training through SAE, ARC, Vetronix and GM, beginning in the early 1990's
- Rollovers, trucking accidents, industrial and construction accidents
- Professional experience also includes Plaintiffs, Defense and Criminal Defense cases
- Investigator and Licensed Private Investigator for State of Texas

January 1991 to 1998                                                                                      **Engineering Reconstruction Associates**
- Accident reconstruction, case evaluation and model building

11/12/2025                    Auto Fire & Safety Consultants, Inc.                    2
3062 Bentwater Dr, Montgomery, TX 77356
Off: 281.362.0930 • Fax: 281.362.1329

J. CABRERA 001158

*Cam Cope, Curriculum Vitae*

January 1992 to September 1996                        **Crowley, Marks, and Douglas**
- Accident reconstruction, evaluation, analysis and research
- Vehicular and structure fires (cause and origin) determination and documentation (following NFPA 921)
- Evaluation and investigation of vehicle products
- Analysis of Vehicle Products Liability, to include Rollovers, tire failures, restraint systems, etc.

January 1985 to January 1992                                 **Crowley and Waltman**
- Investigation and reconstruction of accidents including vehicles (private and commercial), products and structures
- Fire Origin and Cause, per NFPA 921
- Occupant restraint systems

**PROFESSIONAL AFFILIATIONS**                                          **Current & Past**

NFPA      National Fire Protection Association, (Technical Committee), (FSTE Executive Board Member)
               Attending NFPA 921 committee meetings
NAFI       National Association of Fire Investigators (Board Member)
CFEI       Certified Fire and Explosion Investigator
CFII        Certified Fire Investigation Instructor
CVFI       Certified Vehicle Fire Investigator
FIVE       Fires in Vehicles - Reference Group for the International Standard on Fire Suppression Systems
               for use in Bus and Coach Engine Compartments
NSTI       National Safety and Transportation Institute (Board Member)
NAPARS   National Association of Professional Accident Reconstruction Specialists
TAARS    Texas Association of Accident Reconstruction Specialists
SAE        Society of Automotive Engineers
               Committee Accident Investigation Practices Standards
               Vehicle Fires Committee
               Auto/Pedestrian Standards
               Sectional Leader, Gulf Coast Chapter
NSC        National Safety Council
IAAI        International Association of Fire and Arson Investigators
NFPA      National Fire Protection Association
ACFE      American College of Forensic Examiners
               Engineering and Technology Board
               Diplomat, Chairman of Engineering and Technology 2000
               Continuing Education Committee and Editorial Review Board
Texas Board of Private Investigators and Private Security Agencies
               Licensed Private Investigator, License A09524
TALI        Texas Association of Licensed Investigators
FIAA       Fire Investigation Association of Alberta (Chapter 38 IAAI)
CTFIA     Central Texas Fire Investigators Association
ASCE      American Society of Civil Engineers (Affiliate Member)
ASME     American Society of Mechanical Engineers
NFPA      Latin American Section of the National Fire Protection Association
SP          Technical Research Institute of Sweden
               Reference Group for the International standard on fire suppression systems for use in bus and coach engine compartments
VFW       Lifetime Membership

**PUBLICATIONS AND PRESENTATIONS**

- Cope, Cam, "Black Box Data Crash Retrieval" & "Post Collision Fuel Fed Fire", 2017 National Vehicle Fire, Arson and Explosion Investigation Science and Technology Seminar, Lexington, KY, September 18-21, 2017. (Instructor)

J. CABRERA 001159

- Cope, Cam, "Black Box Data Crash Retrieval", "Post Collision Fuel Fed Fire" and "Sources of Information/Recalls/Service Bulletins", 2015 National Vehicle Fire, Arson and Explosion Investigation Science and Technology Seminar, Lexington, KY, September 21-24, 2015. (Instructor)

- Cope, Cam, "Sources of Information/Recalls/Service Bulletins", 2013 National Vehicle Fire, Arson and Explosion Investigation Science and Technology Seminar, Lexington, KY, September 30 – October 3, 2013. (Instructor)

- Cope, Cam, "'Black Box' Data Crash Retrieval" and "Sources of Information/Recalls/Service Bulletins ", 2011 National Vehicle Fire, Arson and Explosion Investigation Science and Technology Seminar, Lexington, KY; September 12-16, 2011.

- Cope, Cam, "Effectiveness of Shielding Vehicle Hot Surfaces", Fire and Materials 2011, 12th International Conference and Exhibition, Interscience Communications Limited, San Francisco, CA; January 31 – February 2, 2011.

- Cope, Cam, "Shielding Vehicle Hot Surfaces ", 2010 International Symposium on Fire Investigation Science and Technology, Baltimore, MD; September 29, 2010.

- Cope, Cam and John M. Stilson, "Effectiveness of Shielding Vehicle Hot Surfaces", 2009 ASME International Mechanical Engineering Congress & Exposition, Lake Buena Vista, FL; November 18, 2009.

- Cope, Cam, "Black Box' Data Crash Retrieval" and "Sources of Information/Recalls/Service Bulletins", 2009 Vehicle Fire, Arson & Explosion Investigation Science & Technology Seminar, NAFI and Eastern Kentucky University, Lexington, KY; Sept. 24, 2009. (Instructor).

- Cope, Cam, "Vehicle Engine Compartment Fires," Fire and Materials 2009, 11th International Conference and Exhibition, Interscience Communications Limited, San Francisco, CA; January 26-28, 2009 (Instructor).

- Cope, Cam, "Battery Disconnect Devices," 2008 ASME International Mechanical Engineering Congress and Exposition, Boston, MA; November 4, 2008.

- Cope, Cam, "Testifying and Preparing for Courts and Depositions," American College of Forensic Examiners 2008 National Conference, San Diego, CA; September 4-6, 2008.

- International Symposium on Fire Investigation Science and Technology (ISFI), Cincinnati, OH; May 19-21, 2008.

- Engineering Institute Kick-Off, Magazine Mountain, AR; January 17-18, 2008 (Instructor).

- Cope, Cam, 2007 Vehicle Fire, Arson & Explosion Investigation Science and Technology Seminar, NAFI and Eastern Kentucky University, Lexington, KY; Sept. 24-27, 2007. (Instructor).

- National Fire Protection Association (NFPA), Hazard and Risk of Contents and Furnishings; July 26, 2007.

- Cope, Cam, "The Investigation of Vehicle Fires," TALI Super Conference, Las Colinas, TX; July 26 – 28, 2007. (Instructor)

- Cope, Cam, "The Investigation of Electrical Fires in Vehicles," Fire Explosions, and Electricity: Intensive Instruction, Irmo, SC; April 20 – 21, 2007. (Instructor).

- Cope, Cam, ISFI 2006 – International Symposium on Fire Investigation Science and Technology, Fire Technology Involving Vehicles & Structures, Faro Scene 3D Laser Scanner, Cincinnati, OH; June 26 – 29, 2006. (Instructor).

- Cope, Cam, Inner Circle of Investigators 2005 Annual Conference, "Heavy Truck Fires," Williamsburg, VA; October 14-15, 2005. (Instructor).

- Cope, Cam, 2005 Vehicle Fire, Arson & Explosion Investigation Science and Technology Seminar, NAFI and Eastern Kentucky University, Richmond, KY; Sept. 26-29, 2005. (Instructor).

- Cope, Cam. "Crash Data Retrieval", 2004 Vehicle Fire, Arson & Explosion Investigation Science and Technology

11/12/2025   Auto Fire & Safety Consultants, Inc.   4
3062 Bentwater Dr, Montgomery, TX 77356
Off:  281.362.0930 • Fax:  281.362.1329

J. CABRERA 001160

Seminar, NAFI and Eastern Kentucky University, Richmond, KY; Sept. 27-30, 2004. (Instructor).

- Cope, Cam. "Sources of Information", 2004 Vehicle Fire, Arson & Explosion Investigation Science and Technology Seminar, NAFI and Eastern Kentucky University, Richmond, KY; Sept. 27-30, 2004. (Instructor).

- Cope, Cam. "Vehicle Systems Design, Form, & Function," "Crash Data Retrieval;" Test Burns. 2004 Vehicle Fire, Arson, & Explosion Investigation Training Program, NAFI, Eastern Kentucky University, Richmond, KY; September 27-30, 2004. Live burns- Vehicle Fire Testing.

- Cope, Cam. "Vehicle Fire Investigation", International Symposium on Fire Investigation, NFPA, Fire Service College, Moreton-in-Marsh, Gloucestershire, UK; June 27-30, 2004. (Instructor).

- Cope, Cam. "Vehicle Systems Design, Form, & Function," "Crash Data Retrieval;" Test Burns. 2003 Vehicle Fire, Arson, & Explosion Investigation Training Program, NAFI, Eastern Kentucky University, Richmond, KY; October 1-4, 2003. Live burns- Vehicle Testing.

- Cope, Cam. "Vehicle Investigation Issues." 2003 National Fire, Arson & Explosion Investigation Training Program, NAFI, Sarasota, FL; August 13, 2003. Vehicle testing and live burns.

- "2002 Vehicle Fire, Arson & Explosion Investigation & Technology Seminar," National Association of Fire Investigators and Fire and Safety Engineering Technology; Eastern Kentucky University, Richmond, KY; September 30 -October 2, 2002. (Instructor).

- Cope, Cam and Bill Camp. "Use of Digital Photography in Investigation." American Trial Lawyers Association Presentation: Chicago, IL; July 31, 2000.

- Cope, Cam. "Airbag Investigation." The Legal Investigator – All CLI Issue. National Association of Legal Investigators; May 2001.

- Cope, Cam. "Motor Vehicle Fires and NFPA 921." Test Burning of Vehicles 2001: National Advanced Fire, Arson, and Explosion Investigation Science and Technology: Eastern Kentucky University, Richmond, KY; March 13-17, 2001.

- Cope, Cam and Bob Swint. "Airbag Safety & Investigation." The Forensic Examiner. May/June 2000.

- Cope, Cam and Dennis Andrews. "Low-Speed Rear-End Impact Analysis / Seat Belts / Airbags." ACFE Workshop Presentation: New York City, NY; October 29 - November 1, 1999.

- Cope, Cam. "History of Occupant Restraint Systems." ACFE 6th National Scientific Academy: Naples, FL; October 12-14, 1998.

- Cope, Cam and Bob Swint. "The Documentation of Vehicles Involved in Accidents." Engineering and Technology, The Forensic Examiner. Vol. 7: Sept/Oct 1998.

- Cope, Cam. "Investigation of Vehicle Rollover." Advanced Forensic Civil Investigations. Lawyers & Judges Publishing Co., 1997.

- Cope, Cam. "Restraint System Documentation and Investigation." Presentation at 5th National Scientific Academy & Retreat of the American College of Forensic Examiners: San Diego, CA; December 11-13, 1997.

- Cope, Cam. "Investigation of an Automobile Accident." Presentation at the National Association of Legal Investigator Mid-Winter Conference: Chicago, IL; March 1995.

- Cope, Cam. "Investigation of a Products Liability Case." Presentation at the National Association of Legal Investigator Silver Anniversary Conference: St. Louis, MO; 1992.

- Cope, Cam. "Vehicle Documentation." Presentation at N.A.L.I. National Convention: Houston, TX; 1991.

- Cope, Cam. "Accident Investigation Forms," A series of data forms to be used by Accident Investigators.

J. CABRERA 001161

**CONTINUING EDUCATION**

- 2017 Vehicle Fire, Arson & Explosion Investigation Science & Technology Seminar, (Total Burns – Testing), NAFI, Fire and Safety Engineering Technology, Eastern Kentucky University, September 18-21, 2017.

- 2015 Vehicle Fire, Arson & Explosion Investigation Science & Technology Seminar, (Total Burns – Testing), NAFI, Fire and Safety Engineering Technology, Eastern Kentucky University, September 21-24, 2015.

- 2014 ARC-CSI Crash Conference. Crash Testing, Las Vegas, NV, June 2-5, 2014.

- 2013 Vehicle Fire, Arson & Explosion Investigation Science & Technology Seminar, (Total Burns-Testing), NAFI, Fire and Safety Engineering Technology, Eastern Kentucky University, September 30 – October 3, 2013.

- SAE ABA Fire Safety Committee Meeting (teleconference), April 26, 2012

- Inner Circle of Investigators, 2011 Annual Conference, Investigative Professional Development Conference, Conroe, TX; October 21-22, 2011.

- 2011 National Vehicle Fire, Arson and Explosion Investigation Science and Technology Seminar, Lexington, KY; September 12-16, 2011.

- 2011 ARC-CSI Crash Conference, Crash Testing, Las Vegas, NV; May 23-24, 2011.

- "Fire and Materials 2011", 12th International Conference and Exhibition, Interscience Communications Limited, San Francisco, CA; January 31-February 2, 2011.

- NFPA Committee on 921, Baltimore, MD; September 30, 2010.

- 2010 International Symposium on Fire Investigation Science and Technology, Baltimore, MD; September 27-29, 2010.

- Inner Circle of Investigators, 2010 Annual Conference, Investigative Professional Development Conference, St Louis, MO; September 17, 2010.

- Technical Committee on Hazard and Risk of Contents and Furnishings; NFPA 557 HAR-AAA ROP Meeting; Quincy, MA; August 4-5, 2010

- 2010 NFPA Conference & Expo, Las Vegas, NV; June 7-10, 2010; Technical Committee, Fire Science & Tech Section, Latin American Section.

- 2010 SAE New Era – New Solutions New Congress, SAE ABA Fire Safety Committee; Motor Vehicle Fire Investigation Task Force Committee; Accident Reconstruction Committee; Sessions: Electronics, Emissions / Environment / Sustainability; Integrated Design & Manufacturing; Management / Marketplace; Materials; Powertrain / Propulsion; Safety / Testing; Detroit, MI; April 13-14, 2010

- 2009 ASME International Mechanical Engineering Congress & Exposition, Lake Buena Vista, FL; November 13-19, 2009.

- 2009 ACFE National Conference, Las Vegas, NV; October 14-16, 2009.

- 2009 Vehicle Fire, Arson & Explosion Investigation Science & Technology Seminar, (Total Burns – Testing), NAFI, Fire and Safety Engineering Technology, Eastern Kentucky University; September 19-24, 2009.

- 2009 SAE World Congress, SAE Motor Vehicle Fire Investigation Task Force, Detroit, MI; April 20-22, 2009.

- NFPA 556 Committee Meeting and Rule-Making, San Antonio, TX; February 5-6, 2009.

- Fire and Materials 2009, 11th International Conference and Exhibition, Interscience Communications Limited, San

11/12/2025    Auto Fire & Safety Consultants, Inc.    6
3062 Bentwater Dr, Montgomery, TX 77356
Off: 281.362.0930 • Fax: 281.362.1329

J. CABRERA 001162

Francisco, CA; January 26-28, 2009.

- 2009 CDR User's Conference, Houston, TX; January 26-28, 2009. (Attended by Joe Partain, Auto Fire & Safety Consultants)

- 2008 Trucking Litigation and D.O.T. Regulations, Houston, TX; November 13, 2008. (Attended by Joe Partain, Auto Fire & Safety Consultants)

- 2008 Texas Association of Accident Reconstructionists, Annual Meeting, Houston, TX; November 13-15, 2008. (Attended by Aaron Zeamer, Auto Fire & Safety Consultants)

- NFPA Technical Committee Board Meeting regarding NFPA 921, Orlando, FL; October 8-10, 2008.

- Inner Circle of Investigators, 2008 Annual Conference, Investigative Professional Development Conference, Jackson Hole, WY; August 15-16, 2008.

- 2008 ARC-CSI Crash Conference, Crash Testing, New Vehicle Technologies, Reconstruction Techniques, Momentum and Energy, Airborne Analysis and Rotational Mechanics, Pedestrian Crash Analysis, Reconstruction of PIT crashes, Rollovers, Las Vegas, NV; June 2-4, 2008.

- 2008 NFPA World Safety Conference & Exposition; Executive Board Member FSTE, Campus Fire Safety, Air Force Application of Arc Flash Protection, Pitfalls, Perils and Reasoning Fallacies of Determining Fire Cause in the Absence of Proof, Las Vegas, NV; June 2-5, 2008.

- 2008 SAE World Congress, SAE ABA Fire Safety Committee, SAE Motor Vehicle Fire Investigation Task Force, and AIRP Committee Meeting, Detroit, MI; April 13-17, 2008.

- 2007 SAE Highway Vehicle Event Data Recorder Symposium, NTSB Training Center, Ashburn, VA; September 5-6, 2007.

- 2007 National Fire, Arson & Explosion Investigation Training Program; National Association of Fire Investigators (NAFI) and National Fire Protection Association (NFPA), Sarasota, FL; August 6-8, 2007.

- "Background Investigations," "Digital/Computer Investigations," 2007 TALI Super Conference, Las Colinas, TX; July 26 - 28, 2007.

- People Safe in Rollovers Foundation; Emergency World Summit, Washington, D.C.; July 18-20, 2007.

- 2007 ARC-CSI Crash Conference, Las Vegas, NV; June 4-7, 2007. (Attended by Aaron Zeamer, Auto Fire & Safety Consultants)

- Technical Committee on Hazard and Risk of Contents & Furnishings; National Fire Protection Association (NFPA); May 1 – 2, 2007.

- Inner Circle of Investigators, 2007 Annual Conference, The Warren Group, Forensic Engineers & Consultants, Fires Explosions and Electricity, Irmo, SC; April 20 – 21, 2007.

- 2007 SAE World Congress, SAE ABA Fire Safety Committee, SAE Motor Vehicle Fire Investigation Task Force, and AIRP Committee Meeting, Detroit, MI; April 16-19, 2007.

- "Fire and Materials 2007", Interscience Communications Limited, Fire School, San Francisco, CA; January 29-31, 2007.

- Central Texas Fire Investigators Associations Annual Meeting & Conference, Electrical Fires 102 Training Program, Austin, TX; December 12 - 13, 2006.

- 2006 ISFI – International Symposium on Fire Investigation Science and Technology, Fire Technology Involving Vehicles & Structures, Cincinnati, OH; June 26 – 29, 2006.

J. CABRERA 001163

*Cam Cope, Curriculum Vitae*

- 2006 ARC-CSI Crash Conference, Crash Testing – Rollover, Motorcycle and Bus, Las Vegas, NV; June 5-8, 2006.

- 2006 SAE World Congress, SAE AIRP Committee Meeting, SAE ABA Fire Safety Committee, Hydrogen Vehicle Safety (Parts 1 & 2), Fire Statistics and Analysis (Parts 1 & 2), Material Flammability and Fire Experiments (Parts 1 & 2), Detroit, MI; April 3-7, 2006.

- Live Burn Testing of Five (5) Ford Vehicles Related to Cruise Control Deactivation Switches conducted by Nationwide Insurance, Houston, TX; December 5, 2005.

- Inner Circle of Investigators, 2005 Annual Conference, Investigative Professional Development Conference, Williamsburg, VA; October 14-15, 2005. (10 hrs)

- "Vehicle Fire, Arson & Explosion Investigation", (Total Burns - Testing) Science & Technology Seminar, NAFI, Fire and Safety Engineering Technology, Eastern Kentucky University; September 26-29, 2005.

- NFPA 921 – Task Force Committee Meetings Relative Changes to NFPA 921, Minneapolis, MN; September 14 – 16, 2005.

- 2005 NAFI - National Seminar on Fire Analysis Litigation, Sarasota, FL; August 11-12, 2005.

- 2005 NAFI - National Fire, Arson & Explosion Investigation Training Program, Computer Fire Modeling, Sarasota, FL; August 8-10, 2005.

- 2005 SAE World Congress, "Fire Safety" "Accident Reconstruction", "Side Impact & Rollovers", "Restraints Systems", (AIRP Standards Committee & VFI Advisory Group), Detroit, MI; April 12-15, 2005.

- "Fire and Materials 2005", Interscience Communications Limited, Fire School, San Francisco, CA; January 31-February 1, 2005.

- "Fire Hazard to Occupants of Road Vehicles", Interscience Communications Limited, Fire School, San Francisco, CA; January 31-February 1, 2005.

- "Cone Calorimeter Predictions of FMVSS 302 Performance", Interscience Communications Limited, Fire School, San Francisco, California; January 31-February 1, 2005.

- "Vehicle Fire, Arson & Explosion Investigation", (Vehicle Burns – Testing) Science & Technology Seminar, NAFI, Fire and Safety Engineering Technology, Eastern Kentucky University; September 27-30, 2004.

- "Electrical Faults as Fire Causes" (The Investigator's Perspective), NFPA, International Symposium on Fire Investigation, Fire Service College, Moreton-in-Marsh, Gloucestershire, UK; June 29, 2004.

- "Forensic Pathology", NFPA, International Symposium on Fire Investigation, Fire Service College, Moreton-in-Marsh, Gloucestershire, UK; June 29, 2004.

- "Scene Management", NFPA, International Symposium on Fire Investigation, Fire Service College, Moreton-in-Marsh, Gloucestershire, UK; June 29, 2004.

- "Scene Examination (Case Study Based)", NFPA, International Symposium on Fire Investigation, Fire Service College, Moreton-in-Marsh, Gloucestershire, UK; June 28, 2004.

- "Fire Dynamics and Fire Science", NFPA, International Symposium on Fire Investigation, Fire Service College, Moreton-in Marsh, Gloucestershire UK; June 28, 2004.

- "Highway Vehicle Event Data Record Symposium: State-of-the-Art of Passenger Vehicle Accident Recorder Technology; EDR Device Research and Validation; and EDR End-User and Accident Reconstruction," National Transportation Safety Board; George Washington University, Virginia Campus; June 3-4, 2004.

- "2004 SAE World Congress", "Force Response during Tire Tread Detachment Event.", Detroit, MI; March 8-11, 2004

11/12/2025    Auto Fire & Safety Consultants, Inc.    8
3062 Bentwater Dr, Montgomery, TX 77356
Off: 281.362.0930 • Fax: 281.362.1329

J. CABRERA 001164

*Cam Cope, Curriculum Vitae*

- "2003 NFPA Fall Education Conference," Reno, NV; November 16-19, 2003; Pre-Conference Seminars, November 14-15, 2003.

- "2003 Vehicle Fire, Arson & Explosion Investigation Training Program," (Live Burns – Testing) National Association of Fire Investigators; Eastern Kentucky University, Richmond, KY; October 1-4, 2003.

- "2003 National Fire, Arson & Explosion Investigation Training Program," National Association of Fire Investigators; Sarasota, FL; August 11-15, 2003.

- "Vehicle Dynamics & Simulation," Society of Automotive Engineers 2003 World Congress; Detroit, MI; March 5, 2003.

- "Vehicle Agressivity & Compatibility in Automotive Crashes," Society of Automotive Engineers 2003 World Congress; Detroit, MI; March 5, 2003.

- "Engineering Safety Specifications: Designing for Safety," Society of Automotive Engineers 2003 World Congress, Detroit, MI, March 3-4, 2003.  (16 hours)

- "Accident Reconstruction," Society of Automotive Engineers 2003 World Congress; Detroit, MI; March 4-5, 2003.

- "Side Impact, Rear Impact & Rollover," Society of Automotive Engineers 2003 World Congress; Detroit, MI; March 3, 2003.

- "2002 Vehicle Fire, Arson & Explosion Investigation & Technology Seminar," National Association of Fire Investigators and Fire and Safety Engineering Technology; Eastern Kentucky University, Lexington, KY; September 30 – October 2, 2002.

- "2002 National Seminar on Fire Analysis Litigation," National Association of Fire Investigators and National Fire Protection Agency; Sarasota, FL; August 15-16, 2002.  (16 hrs)

- "2002 National Fire, Arson & Explosion Investigation Training Program," National Association of Fire Investigators and National Fire Protection Agency; Sarasota, FL; August 12-14, 2002.  (32 hrs)

- "A Fire Scene Analysis," 2001 National Advanced Fire; Eastern Kentucky University, Richmond, KY; March 2002.  (16 hrs)

- "Engineering Dynamics Corporation-HVE-2D-EDCRASH Reconstruction Course," Terry Day –PDOF and Damage Profile of Vehicle, Collision Deformation Classification, EDCRASH Input Data; CA State University Northridge; Burbank, CA; January 21-25, 2002.  (40 hrs)

- "Investigation of Motor Vehicle Fires," Lee S. Cole.  Peter Klaput Investigation of motor vehicle fires; Where and how did it start; Hands-on investigation of burned vehicles; Elements Necessary for a Fire; Loyola University, New Orleans, LA; December 5-7, 2001.

- "Hot Wheels 2001," Investigating Vehicle Fires; 15 vehicles burned, investigation, methodology, ignition sources, fuel loads, electrical failures, presentations for vehicles burned; Fire Investigation Association of Alberta; Calgary, Alberta, Canada; September 20-22, 2001.

- "NFPA 921 Structural and Vehicles," Live Vehicle Burn IAAI-Louisville Fire Department.

- "Post Impact Fuel Fed Fires," Tom DeSantis and Lou Molnar (Design Analysis Engineers at Ford Motor Company); "Origin and Cause on Vehicles Fires Utilizing NFPA 921," Ralph Newell (Newell Investigation); "Electrical Fires in Components-Vehicles," Chuck Adams (Design Analysis Engineer at Ford Motor Company); "Mechanical Fires – Fuel-Fed Fires - Vehicles," John Washington and Sunil Sharma (Design Analysis Engineers at Ford Motor Company); "Electrical System," Mark Hoffman (Ford Motor Company);  "NFPA 921," David Smith; Live Vehicle Burn, Electrical Short in dash, Flammability of Vehicle Fuels  tested, Testing of Interior Temperatures, Roof, Engine, Occupant and Truck in Vehicle Fires; Louisville, KY; August 22-24, 2001.

- "Fire and Pattern Analysis," Patrick Kennedy; "Processing the Fire Scene - Diagramming Evidence and Note Taking,"

11/12/2025 — Auto Fire & Safety Consultants, Inc. — 3062 Bentwater Dr, Montgomery, TX 77356 — Off:  281.362.0930 • Fax:  281.362.1329 — 9

J. CABRERA 001165

    Dennis Smith; "Determining Origin-Heat and Flame Vector Analysis" and "Fire Scene Photography," Michael Schulz; "Philosophy of Fire Analysis," Patrick Kennedy; "Electrical," Daniel Churchward; 2001 National Fire, Arson and Explosion Investigation Training Program; Sarasota, FL; July 22-27, 2001.

- "Texas Association of Legal Investigators, 2001 Convention and Seminar," San Antonio, TX; June 15-17, 2001. (10 hrs Continuing Education Credit).

- "Introduction to Explosives Theory and Explosion Devices," Tom Thurman, 2001 National Advanced Fire, Arson, and Explosion Investigation Science and Technology Program; Eastern Kentucky University, Richmond, KY; March 13-17, 2001. (8 hrs on-site explosion and fire investigation of burning vehicles).

- "Fire Scene Analysis," 2001 National Advanced Fire; Eastern Kentucky University, Richmond, KY; March 16, 2001. (8 hrs)

- "Analysis of Electrical Fires Causes," 2001 National Advanced Fire; Eastern Kentucky University, Richmond, KY; March 15, 2001. (8 hrs)

- "PC-Crash Program, 3D Accident Simulation and Reconstruction," William Cliff and Hermann Steffan, Detroit, MI; March 8-9, 2001. (16 hrs)

- "Society of Automotive Engineers (SAE) Accident Reconstruction Conference," Detroit, MI; March 5-8, 2001.

- "Certified Fire Investigator Instructor Program," Ron Hopkins, Fire and Safety Engineering Technology; Eastern Kentucky University; March 2001. (8 hrs and examination)

- "Crash Data Retrieval Systems," Don Gilman, Vetronix Corporation, WREX2000; College Station, TX; September 24-29, 2000.

- "Lamp Examination for ON or OFF in Traffic Accidents," Gary Stephens, WREX 2000l; College Station, TX; September 24-29, 2000.

- "Full Force / Weight Tests of Air-Braked Trucks, Truck Tractor & Semi Trailer Compared to Automobiles," Dave Stopper, WREX 2000; College Station, TX; September 24-29, 2000.

- "Trailer Underride; Conspicuity, Human Factors and Rear Bumpers," Joseph E. Badger, WREX 2000; College Station, TX; September 24-29, 2000.

- "WREX 2000 World Reconstruction Exposition," Accident Reconstruction and Crash Testing; College Station, TX; September 24-29, 2000. (36 credit hrs)

- "Demonstration of Crush Deformation Measurement System and Current Validation of the EDCRASH Computer Program," Tom Curtis, WREX 2000; College Station, TX; September 24-29, 2000.

- "Airbags and Restraint Systems," ATLA Convention, Product Liability A.I.E.G.; Chicago, IL; July 31, 2000.

- "The Dynamics of Fire Investigation" and "Fire Pattern Development and Fire Analysis," Patrick Kennedy / National Fire, Arson, and Explosion Investigation Training Program; Chicago, IL; July 24-28, 2000.

- "Chemistry of Fire-Properties of Materials" and "Fire Dynamics for Fire Investigation," Ron Hopkins / National Fire, Arson, and Explosion Investigation and Training Program; Chicago, IL; July 24-28, 2000.

- "Basic Electricity and the Investigation of Electrical Fires" and "Cause Determination NFPA," Daniel Churchward and Dennis Smith / National Fire, Arson, and Explosion Investigation and Training Program; Chicago, IL; July 24-28, 2000.

- "Fire Cause and Origin," National Association of Fire Investigators; Chicago, IL; July 24-28, 2000.

- Society of Automotive Engineers 21st Annual Section Officers Leadership Seminar, Pittsburgh, PA; May 20-23, 2000.

- "Accident Reconstruction – State-of-the-Art," SAE-TOPTEC; "Frontal Collision Performance," Dagmar Jewkes, Ph.D.;

J. CABRERA 001166

"Side-Collision Performance," Greg D. Stephens; "Rear-Collision Performance & Rollover Reconstruction," Stein E. Husher; Costa Mesa, CA; December 9-10, 1999.

- "A.C.F.E. National Convention," Engineering and Technology Accident Reconstruction; New York City, NY; October 28-31, 1999.

- "Low Speed Accident Reconstruction and Litigation," Lawyers & Judges Convention; Scottsdale, AZ; October 21-23, 1999.

- "Issues in Automotive Crashworthiness Litigation, Trial Evidentiary," A.I.E.G.; Scottsdale, AZ; September 23-25, 1999.

- "Liability Issues," National N.A.L.I. Convention, New Orleans, LA; June 3-5, 1999.

- "TTLA's On-Line, Hands-on Investigation Research Workshop," Houston, TX; April 29, 1999.

- "GM Fuel System Integrity," A.I.E.G., Atlanta, GA; April 15-17, 1999.

- "Airbag Field Performance: An Engineer's Perspective," Jerome M. Kossar, A.I.E.G., Atlanta, GA; April 15-17, 1999.

- "Analysis and Investigation of Post-Accident Air Bag Systems," Bill Rosenbluth ASA, A.I.E.G., Atlanta, GA; April 15-17, 1999.

- "Evolution of the Lock-for-the-Latch," Kendall Few; "Forensic Analysis of Skip Lock," Alan Cantor; "Biomechanics and Injury Criteria of Child and Adult Dummies," Dr. Tony Sances; "Motor Vehicle Glass," Patrick M. Ardis, A.I.E.G., Atlanta, GA; April 15-17, 1999.

- "Vehicle Fires and Restraint Systems," Atlanta, GA; April 15-17, 1999.

- "Auto Focus AIEG Airbags, Rollovers, Auto Fires, Inertia Release (Seat Belt Buckles)," San Francisco, CA; October 24-26, 1998.

- "A.C.F.E. National Convention," Engineering and Technology Accident Reconstruction, Naples, FL; October 12-14, l998.

- "Facts & Mechanics for Injury Analysis – Pathologists," Patrick E. Besant-Matthews, M.D., TAARS Annual Meeting, Lago Vista, TX; June 25-27, 1998.

- "Mechanics of Vehicle Rollover," Richard J. Schleuter, P.E., TAARS Annual Meeting, Lago Vista, TX; June 25-27, 1998.

- "Texas Association of Accident Reconstruction Specialists—Accident Reconstruction," Austin, TX; June 25-27, 1998 (additional seminars not listed since 93).

- "Occupant Protection," Society of Automotive Engineers – TOPTEC, Tempe, AZ; May 20-21, 1998.

- "Side Impact," Society of Automotive Engineers – TOPTEC, Tempe, AZ; May 18-19, 1998.

- "Inertially Unlatching Seat Belt Buckles-Proving the Defect," Ben Hogan, Kendall Few and Dr. Tony Sances, A.I.E.G., San Antonio, TX; May 14-16, 1998.

- "Car Crashes and Occupant Injuries – Frontal Impact – Side Impact – Rollovers," Greg Stephens, Stein Husher and Ed Moffatt, Association for the Advancement for Automotive Medicine, Tempe, AZ; April 16-17, 1998.

- "Car Crash and Occupant Injuries: A Team Approach to Crash Investigation," AAAM, Tempe, AZ; April 16-17, 1998.

- "GM Technical on Airbags," SDM System Operation-Component Locations, Glenn C. Libby, Milford Training Center, Houston, TX; March 5, 1998.

- "A.C.F.E. National Convention," American Board of Forensic Engineering and Technology, San Diego, CA; December

J. CABRERA 001167

11-13, 1997.

- "Technology and Performance of Airbags," David Biss, A.I.E.G., Scottsdale, AZ; September 25-27, 1997.

- "Airbag Litigation," Larry Coben and Don Slavik, A.I.E.G., Scottsdale, AZ; September 25-27, 1997.

- "Airbag Design and Performance," Society of Automotive Engineers – TOPTEC, Costa Mesa, CA; August 14-15, 1997.

- "Evaluating and Preparing Vehicle Rollovers," Michael Kerensky, Texas Trial Lawyers Association, Houston, TX; February 1-2, 1996

- "Vehicle Restraint Systems and Airbags," Brent Carpenter, Texas Trial Lawyers Association, Houston, TX; Feb. 1-2, 1996.

- "Vehicle Fuel Tank Integrity," Mick McBee, Texas Trial Lawyers Association, Houston, TX; February 1-2, 1996.

- "Liftgates and Seatbacks," Todd Tracy, Texas Trial Lawyers Association, Houston, TX; February 1-2, 1996.

- "Motor Vehicle Crashworthiness Frontal Collisions: Safety Issues" and "Rollover Crashworthiness," Engineering Demonstrations / Arndt and Associates / A.I.E.G., Phoenix, AZ; October 29-30, 1993.

- National Association of Fire Investigation Schools (NAFI), Certification Program, Chicago, IL; 1990, 1991, 1992.

- "Advanced Theories in Automotive Restraint Crashworthiness Cases," Donald H. Slavik, A.I.E.G., Sonoma County, CA; September 26-27, 1992.

- "Fire and Explosion Investigation," John A. Kennedy, National Fire, Arson, and Explosion Investigation, Chicago, IL; August 18-21, 1992.

- "Forensic Fire Science and Technology Laboratory Training," NAFI, Kennedy and Associates, Chicago, IL; August 17, 1992.

- "Rear Seat Lap-Only Belt Litigation," Jeffery Burke, Ralph Hoar, Ben Kelly, A.I.E.G., Dallas, TX; April 25-26, 1992.

- "Hands-on Reconstruction Techniques," Fred E. Arndt and Mark Arndt, A.I.E.G., Phoenix, AZ; October 11-12, 1991.

- "Computerized Reconstruction," Fred E. Arndt, A.I.E.G., Phoenix, AZ; October 11-12, 1991.

- "A Brief Review of Motor Vehicle Accident Reconstruction," Robert J. Caldwell, P.E., A.I.E.G., Phoenix, AZ; October 11-12, 1991.

- "Occupant Restraint and Protection," Don Slavik, A.I.E.G., Denver, CO; April 19-20, 1991.

- "Advance Fire Pattern Analysis," Ron Hopkins, NAFI, Chicago, IL; August 8-10, 1990.

- "Human Factors and Safety Evaluation," Edward W. Karnes, Ph.D., ATV Adult Toys, A.I.E.G., Phoenix, AZ; April 6-7, 1990.

- "Chemistry and Incendiary Devices," Rolfe Scofield PhD.; "Searching Diagramming and Evidence Collection at the Fire Scene," Sgt. Gene Deck; "Fire Pattern Analysis," Patrick Kennedy, Ph.D., NAFI Seminar, Chicago, IL; September 9-11, 1987.

- "Photography in Fire, Arson and Explosion Investigation," Patrick Kennedy, PhD., NAFI Fire School, Chicago, IL; September 11, 1987.

- "Fire and Safety Engineering Technology," Ron Hopkins, Eastern Kentucky University, Richmond, KY; September 1987.

- "Fire, Arson and Explosion Training," A.J. Scardino, Ph.D., and John Odom, P.E., NAFI, Chicago, IL; September 17-19, 1986.

J. CABRERA 001168