United States District Court
Southern District of Texas

**ENTERED**

July 17, 2026

Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| JOSHUA ALEXANDER CABRERA, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. H-25-1046 |
| | § | |
| PENSKE TRUCK LEASING CO. L.P., *et al.*, | § | |
| | § | |
| | § | |
| | § | |
| Defendants. | § | |

**FINAL JUDGMENT**

For the reasons set out in this court's Memorandum and Opinion entered on July 16, 2026, this civil action is dismissed with prejudice.  This is a final judgment.

SIGNED on July 16, 2026, at Houston, Texas.

_____

Lee H. Rosenthal
Senior United States District Judge